IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MATT COOK**                                                                              **PLAINTIFF**

**v.**                                       **No. 4:23-cv-00938-LPR**

**PULASKI COUNTY REGIONAL
DETENTION FACILITY, et al.**                                    **DEFENDANTS**

## **ORDER**

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 19). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Plaintiff's Complaint (Doc. 2) and Addendum (Doc. 4) are DISMISSED without prejudice for failure to state a claim upon which relief may be granted. The Court recommends that dismissal of this case count as a "strike," in the future, for purposes of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 1st day of November 2024.

                                                                    _____
                                                                    LEE P. RUDOFSKY
                                                                    UNITED STATES DISTRICT JUDGE

---

[1] To the extent Plaintiff may potentially have a state law tort claim against Officer Brown (or other Defendants), that claim is better addressed in state court when (as in this case) all the asserted federal claims fail to pass screening.